PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michel Fernandez        Cr.: 07-00194-001
       PACTS Number: 46038

Name of Sentencing Judicial Officer: The Honorable Peter G. Sheridan

Date of Original Sentence: 10/29/07

Original Offense: Conspiracy to Commit Cargo Theft

Original Sentence: 24 months custody; three years supervised release; $633,017 restitution; $100 Special Assessment

Type of Supervision: Supervised Release      Date Supervision Commenced: 09/28/12

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

OTHER CONDITION

The defendant shall pay a total of $633,017 in restitution. The restitution shall be paid at a minimum rate of $100 per month.

## CAUSE

The offender is unable to pay the restitution as directed. After careful review of the offender's current monthly cash flow, the offender displays an ability to make payments of $100 monthly towards the restitution obligation.

Respectfully submitted,

By: Gisella Bassolino
U.S. Probation Officer
Date: 10/13/10

PROB 12B - Page 2
Michel Fernandez

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____10/29/10_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To reduce and set monthly restitution payments to a minimum of $100 monthly.

Witness: _____  Signed: _____
United States Probation Officer                              Probationer or Supervised Releasee
Gisella M. Bassolino                                                Michel Fernandez

10/6/10
DATE